IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN DEPAULA,

    Plaintiff,

v.                                                                                    No. 1:14-cv-00252-MCA-SCY

EASTER SEALS, EL MIRADOR,
a corporation,

    Defendant.

# FINAL JUDGMENT

In accordance with Fed.R. Civ. P. 58(a) and consistent with the Court's Memorandum Opinion and Order granting Defendant's *Motion for Summary Judgment* [Doc. 121], wherein the Court dismissed Plaintiff's *Complaint*, **IT IS ORDERED** that this matter is dismissed with prejudice.

    **SO ORDERED** this 4th day of April, 2016 in Albuquerque, New Mexico.

_____
**M. CHRISTINA ARMIJO**
**Chief United States District Judge**